## Curfew DAVIS, Petitioner-Appellant,

v.

## Walter D. ZANT, Warden, Georgia Diagnostic and Classification Center, Respondent-Appellee.

### No. 83-8244.

United States Court of Appeals, Eleventh Circuit.

March 6, 1984.

Joseph M. Nursey, Atlanta, Ga., for petitioner-appellant.

Susan V. Boleyn, William B. Hill, Jr., Asst. Attys. Gen., Atlanta, Ga., for respondent-appellee.

## ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

Before GODBOLD, Chief Judge, RONEY, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HENDERSON, HATCHETT, ANDERSON and CLARK, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by this Court en banc *with* oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of en banc briefs.